IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KYLE DAVEY CRIBBS,

      Petitioner,                                        22cv0320

                                                         ELECTRONICALLY FILED

    v.

ERIC W. TICE,

      Respondent.

DISTRICT ATTORNEY OF JEFFERSON COUNTY

      Respondent.

<u>Order adopting Report and Recommendation and Dismissing Case with Prejudice</u>

Plaintiff filed a Petition for Writ of Habeas Corpus on February 22, 2022. After this matter was closed so that Petitioner could pursue state court remedies, it was reopened on January 2, 2024, stayed and closed again, and the Operative Amended Petition was received on June 27, 2025 (doc. 27). Respondents filed a Motion to Dismiss the Amended Petition as untimely and procedurally defaulted (doc. 32), and Petitioner failed to respond to said Motion, after being directed to do so (doc. 33). Respondents then submitted a filing that Petitioner was a parole absconder and had been rearrested on charges in Harris County, Texas and had been released in October of 2025. Petitioner was granted until December 4, 2025 (doc. 37) to respond and to date, Petitioner has not responded, and the Court is unaware of Petitioner's whereabouts.

1

Pending before this Court is the Motion to Dismiss for failure to prosecute and procedural default.  In the thorough Report and Recommendation of United States Magistrate Judge Maureen P, Kelly, filed on January 6, 2026, it is recommended that the Petition for Writ of Habeas Corpus be dismissed for failure to prosecute under the factors set forth in *Poulis v, State Farm*, 747 F.2d 863 (3d Cir. 1984)(which has been held to be applicable to habeas cases in *Harlacher v. Pennsylvania*, 2010 WL 1462494 (M.D. Pa. March 12, 2010)(report and recommendation adopted 2010 WL 144555 M.D. Pa. April 9, 2010)), that a certificate of appealability be denied, and that the Motion to Dismiss be denied as moot (doc. 38). .

Objections to the Report and Recommendation were due by January 23, 2026 (doc. 38). As of this date, no objections have been filed.

After *de novo* review of the Record in this matter, including the Motion to Dismiss, and well- reasoned and thorough Report and Recommendation of Magistrate Judge Kelly, Defendants' Motion to Dismiss is denied as moot as the case is dismissed for failure to prosecute pursuant to Fed. R. Civ. Pr.41(b).

The vast majority of the *Poulis* factors weigh in favor of dismissal, and the fact that Petitioner's whereabouts are completely unknown, given the nature of Petitioner's conduct in this case and Petitioner's rearrest, this dismissal shall be with prejudice.

It is further ORDERED that the January 6, 2026 Report and Recommendation (doc. 38) is adopted as the Opinion of the Court, with the caveat that this dismissal is now with prejudice. A certificate of appealability is also denied.

Finally, it is ORDERED that the Clerk of Court is to mark this matter closed.

SO ORDERED this 24th day of February, 2026.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

CC:   All ECF registered counsel of record

Kyle Cribbs
619 Overbrook Drive
Pittsburgh, PA 1521